**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re

Martyn C. Reece,    Case No. 8:14-bk-08027-KRM
    Chapter 13
    Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO VEST NON-HOMESTEAD REAL PROPERTIES IN MORTGAGE CREDITOR CHRISTIANA TRUST**

THIS CASE came on for hearing on October 1, 2014 at 9:30 AM, to consider Debtor's

Motion to Vest Non-Homestead Real Property in Mortgage Creditor Christiana Trust (Doc. #20)

(the "Motion").  The real properties that are the subject of the Motion are located at:

    a.    3211 Sea Marsh Rd, Fernandina Beach, FL 32034 (the "Real Property #1"),

    more particularly described as follows:

    THAT CERTAIN CONDOMINIUM PARCEL LOCATED IN NASSAU COUNTY, FLORIDA, COMPOSED OF VILLA UNIT NUMBER 3211 AND AN UNDIVIDED SHARE IN THOSE COMMON ELEMENTS APPURTENANT THERETO, AS DESCRIBED IN AND SUBJECT TO THE COVENANTS, CONDITIONS, RESTRICTIONS AND OTHER PROVISIONS OF THAT DECLARATION OF CONDOMINIUM OF FOR "FAIRWAY OAK VILLAS, A CONDOMINIUM," MADE BY SPONSOR, AMELIA ISLAND COMPANY, PURSUANT TO CHAPTER 711 (NOW CHAPTER 718), OF THE FLORIDA STATUTES, WHICH IS RECORDED IN THE PUBLIC RECORDS OF NASSAU COUNTY, FLORIDA, IN OFFICIAL RECORDS 160, PAGES 366-415; AND THE SPONSOR'S FIRST AMENDMENT TO SAID DECLARATION, RECORDED IN THE PUBLIC RECORDS OF NASSAU COUNTY, FLORIDA, OF OFFICIAL RECORDS BOOK 162, PAGES 154-165; AS FURTHER AMENDED IN OFFICIAL RECORDS BOOK 481, PAGES 776-779; SAID DECLARATION OF CONDOMINIUM, AS AMENDED, BEING MADE A PART HEREOF, BY SPECIFIC REFERENCE.

    PARCEL NUMBER 01-6N-29-V090-3211-0000;   and

    b. 3021 Sea Marsh Rd, Fernandina Beach, FL 32034 (the "Real Property #2"), more particularly described as follows:

THAT CERTAIN CONDOMINIUM PARCEL, LOCATED IN NASSAU COUNTY, FLORIDA, COMPOSED OF VILLA UNIT NUMBER 3021 AND AN UNDIVIDED SHARE IN THOSE COMMON ELEMENTS APPURTENANT THERETO, AS SPECIFIED IN, DESCRIBED IN AND SUBJECT TO THE COVENANTS, CONDITIONS, RESTRICTIONS, TERMS AND OTHER PROVISIONS OF THAT DECLARATION OF CONDOMINIUM OF FOR "CLUB VILLAS, A CONDOMINIUM", MADE BY SPONSOR, DRUMMOND POINT ASSOCIATES, LTD., A LIMITED PARTNERSHIP ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF GEORGIA, PURSUANT TO CHAPTER 718 OF THE FLORIDA STATUTES, WHICH IS RECORDED IN THE OFFICE OF THE CLERK OF COURT OF NASSAU COUNTY, FLORIDA, IN OFFICIAL RECORDS BOOK 158, PAGES 116-168, AND AS AMENDED BY SPONSOR'S FIRST AMENDMENT, RECORDED IN THE AFORESAID CLERK'S OFFICE AT OFFICIAL RECORDS BOOK 166, PAGES 47-62; AS FURTHER AMENDED IN OFFICIAL RECORDS BOOK 481, PAGE 772, AND IN OFFICIAL RECORDS BOOK 869, PAGE 1136; SAID DECLARATION OF CONDOMINIUM, TOGETHER WITH AMENDMENTS, BEING MADE A PART HEREOF, BY SPECIFIC REFERENCE.

PARCEL NUMBER 01-6N-29-V040-3021-0000

For the reasons stated in open Court, it is hereby

    **ORDERED**

1. The Motion is **GRANTED**.

2. The above-described Real Property #1 that is encumbered by a mortgage held by Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13, successor to Mortgage Electronic Registration Systems, Inc. as nominee for SunTrust Mortgage, Inc. (the "Creditor"), recorded on June 6, 2007 at Book No. 1503, Page No. 1532, Instrument No. 200718521, of the Official Records of Nassau County, Florida, hereby vests with the Creditor upon confirmation of the Debtor's plan, and upon the recordation in the public records of a certified copy of this order and the order confirming plan.

3. The above-described Real Property #2 that is encumbered by a mortgage held by the Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, recorded on December 20, 2005 at Book No. 1375, Page No. 516, Instrument No. 200548023, of the Official Records of Nassau County, Florida, hereby vests with the Creditor upon confirmation of the Debtor's plan, and upon the recordation in the public records of a certified copy of this order and the order confirming plan.

4. Upon vesting, the Debtor shall no longer have an ownership interest in the Real Property #1 and the Real Property #2.

5. The last known address for Christiana Trust is 3801 Kennett Pike, Suite C200, Greenville, DE 19807.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on October 14, 2014 _____.

_____
K. Rodney May
United States Bankruptcy Judge

Attorney Christopher D. Smith is directed to serve a copy of this order on interest parties and file a proof of service within 3 days of entry of the order.