**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re

Martyn C. Reece,　　　　　　　　　　　　　　Case No. 8:14-bk-08027-KRM
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor.
_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION OF DEBTOR'S MOTION TO VEST NON-HOMESTEAD REAL PROPERTIES IN MORTGAGE CREDITOR CHRISTIANA TRUST**

THIS CASE came on for hearing on December 10, 2014 at 10:15 AM to consider Creditor Christiana Trust's Motion for Reconsideration of the Order Granting Motion to Vest Non-Homestead Real Properties with Creditor Christiana Trust (Doc. #35) (the "Motion"). The Court, having considered the Motion, and noting that the parties announced an agreement in open court, deems it appropriate to grant the relief sought in the Motion. Accordingly, it is

**ORDERED**

1. This Motion for Reconsideration is **GRANTED**.

2. The Order Granting Motion to Vest Non-Homestead Properties in Christiana Trust (Doc. #28), filed on October 14, 2014, is hereby **VACATED**.

3. Debtor's Motion to Vest Non-Homestead Real Properties in Creditor Christiana Trust (Doc. #20) is **DENIED**.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on March 03, 2015 _____.

K. Rodney May
United States Bankruptcy Judge

Attorney Maurice Hinton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.